```
                           United States Bankruptcy Court
                            Middle District of Pennsylvania
In re:                                                      Case No. 18-01962-RNO
Vincent Costa                                               Chapter 7
Joann P. Costa
         Debtors                  CERTIFICATE OF NOTICE
District/off: 0314-5      User: AGarner        Page 1 of 1       Date Rcvd: Jul 11, 2018
                          Form ID: pdf010      Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 13, 2018.
db/jdb          +Vincent Costa,    Joann P. Costa,    154 Lincoln Rd.,    E. Stroudsburg, PA 18302-9510

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                               TOTAL: 0

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 13, 2018                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 11, 2018 at the address(es) listed below:
              James Warmbrodt    on behalf of Creditor    Toyota Motor Credit Corporation bkgroup@kmllawgroup.com
              John J Martin (Trustee)    pa36@ecfcbis.com, trusteemartin@martin-law.net
              Philip W. Stock    on behalf of Debtor 1 Vincent  Costa pwstock@ptd.net
              Philip W. Stock    on behalf of Debtor 2 Joann P. Costa pwstock@ptd.net
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 5

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Vincent Costa aka Vincent Costa, Sr.<br>Joann P. Costa aka Jo Ann P. Costa.<br>Debtor(s) | CHAPTER 7 |
| Toyota Motor Credit Corporation<br>Movant<br>vs. | NO. 18-01962 RNO |
| Vincent Costa aka Vincent Costa, Sr.<br>Joann P. Costa aka Jo Ann P. Costa.<br>Debtor(s) | 11 U.S.C. Section 362 |
| John J. Martin,<br>Trustee | |

## ORDER TERMINATING AUTOMATIC STAY

Upon consideration of the Motion for Relief from the Automatic Stay filed in this bankruptcy proceeding by Movant Toyota Motor Credit Corporation, the court reviewed the file herein after notice and opportunity for a hearing, is of the opinion that said Motion should be granted. It is therefore,

ORDERED, that the automatic stay is hereby terminated under 11 U.S.C. Section 362(d) as to Movant to permit said creditor, its successors and/or assigns to take possession and sell, lease, and otherwise dispose of the 2011 TOYOTA VENZA, VIN: 4T3BA3BB4BU028680 in a commercially reasonable manner.

Dated: July 11, 2018

By the Court,

Robert N. Opel, II, Chief Bankruptcy Judge (PAR)